# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA MARQUEZ<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 5:16-CV-02623-SK<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: January 10, 2018

HON. STEVE KIM
U.S. MAGISTRATE JUDGE